UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA            :

    - v. -                          :    **INDICTMENT**

LOU COLON-LUGO,                     :    08 Cr.

               Defendant.    :

------------------------------------x

**08 CRIM 077**

## COUNT ONE

The Grand Jury charges:

1. On or about June 22, 2007, in the Southern District of New York, LOU COLON-LUGO, the defendant, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, COLON-LUGO, and others known and unknown, committed the gunpoint robbery of a bodega located on East 167th Street, Bronx, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT TWO

The Grand Jury further charges:

2. On or about June 22, 2007, in the Southern District of New York, LOU COLON-LUGO, the defendant, unlawfully, willfully, and knowingly, during and in relation to a crime of

violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count One of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, to wit, a semi-automatic pistol, which COLON-LUGO brandished during the robbery charged in Count One.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

_____   _____
FOREPERSON                        MICHAEL J. GARCIA
                                  United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

LOU COLON-LUGO,

Defendant.

---

INDICTMENT

08 Cr.

(18 U.S.C. §§ 2, 924(c), 1951)

---

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

_____
Foreperson.