

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 17, 2008

**By Hand**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**
*p.2*

  Re: <u>United States v. Lou Colon-Lugo</u>
    08 Cr. 77 (RMB)

Dear Judge Berman:

  The next pretrial conference is scheduled for Wednesday, March 19, 2008, at 11:00 a.m. The Government has produced discovery, and the parties have been involved in discussions, but those discussions will not be completed by tomorrow. Therefore, the parties respectfully request that the pre-trial conference scheduled for tomorrow be adjourned for approximately three weeks. Your Honor's deputy has provided the date of April 10, 2008, at 3:00 p.m., as a time for the next conference.

  If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from March 19, 2008, until April 10, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant and the Government time to



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

Hon. Richard M. Berman
March 17, 2008
Page 2

continue discussions about a possible pre-trial resolution to this case. Defense counsel consents to this request for an adjournment.

                                      Respectfully submitted,

                                      MICHAEL J. GARCIA
                                      United States Attorney

By: *Todd Blanche*
     Todd Blanche
     Assistant U.S. Attorney
     (212) 637-2494
     (212) 637-2390 (facsimile)

Encl.

cc: Sabrina Shroff, Esq.
    (by facsimile)

---

Application is granted. The conference is adjourned to 4-10-08 at 3:00 p.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 3-18-08      *Richard M. Berman*
Richard M. Berman, U.S.D.J.