U.S. Department of Justice



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2008

**By Hand**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**
P.2

Re: United States v. Lou Colon-Lugo
    08 Cr. 77 (RMB)

Dear Judge Berman:

The next pretrial conference is scheduled for today, May 22, 2008, at 2:30 p.m. The Government has produced discovery, and the parties have been involved in discussions, but those discussions will not be completed by tomorrow. Therefore, the parties respectfully request that the pre-trial conference scheduled for tomorrow be adjourned for approximately three weeks. Your Honor's deputy has provided the date of June 12, 2008, at 11:00 a.m., as a time for the next conference.

If Your Honor grants this request, then the Government respectfully requests that the Court exclude time from today, until June 12, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will



Hon. Richard M. Berman
May 22, 2008
Page 2

allow the defendant and the Government time to continue discussions about a possible pre-trial resolution to this case. Defense counsel consents to this request for an adjournment.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

By: _____
     Todd Blanche
     Assistant U.S. Attorney
     (212) 637-2494
     (212) 637-2390 (facsimile)

Encl.

cc: Sabrina Shroff, Esq.
    (by facsimile)

---

Request for an adjournment is granted. Conference is now scheduled for 6-11-08 at 11:00 a.m. Time is excluded pursuant to the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 5-22-08       Richard M. Berman
                            Richard M. Berman, U.S.D.J.