UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                **ORDER**

          -against-                                         08 CR. 77 (RMB)

LOU COLON LUGO,

                      Defendant.
-------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 3, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that LOU COLON LUGO's guilty plea is accepted.


Dated: New York, New York
       June 17, 2008

                                                RICHARD M. BERMAN, U.S.D.J.